UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:07-cr-21-T-23TGW

ROBERTO ORTIZ, JR.

### ORDER DECLARING A FORFEITURE OF BOND

The above-styled case is set before the court upon the government's motion for declaration of forfeiture of bond.

After a review of the record, it appears that the defendant, by failing to meet the conditions of release and failing to appear for trial, has breached conditions of his bond.

IT IS THEREFORE ORDERED that the government's motion for declaration of forfeiture of bond is GRANTED and the total sum of the bond secured by the $50,000 appearance bond, as well as any accrued interest is immediately due and payable and is forfeited.

DONE AND ORDERED this 7th day of September, 2007, in Tampa, Florida.

STEVEN D. MERRYDAY
United States District Judge

Copies to all parties